

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AISHANG YOU LIMITED, DADA BUSINESS TRADING CO., LIMITED, DONGPING LIU, FENGZHEN AI, MIN LI, PEIFENG YU, PIJUN LIU, WENWEN YU, and YANQIN CHEN, derivatively on behalf of WETRADE GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BIMING GUO, GRACE LI, NING QIN, YUXING YE, HECHUN WEI, KEAN TAT CHE, and ANNIE HUANG, <br><br> Defendants, <br><br> And <br><br> GLOBEX TRANSFER, LLC, <br><br> Nominal Defendants. | Case No. 23-CV-00178-ABJ |

## ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

THIS MATTER came before the Court for a *Status Conference re Jurisdiction* on October 17, 2023. *See* ECF No. 31; ECF No. 38. During the proceeding, Plaintiffs' counsel moved for—and the Court granted from the bench—a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. Fed. R. Civ. P. 41. Based upon unresolved questions of personal and subject matter jurisdiction, and the Plaintiffs' eagerness for injunctive relief

in this matter, the Court finds that dismissal of this action is proper so Plaintiffs may proceed in state court. *See* ECF No. 35 (moving to dismiss based upon a lack of complete diversity of citizenship); *See* ECF No. 2 (moving for a TRO and preliminary injunction). Defendants did not object to Plaintiffs' request for voluntary dismissal. THEREFORE, IT IS HEREBY ORDERED this matter is DISMISSED WITHOUT PREJUDICE.

Dated this 18th day of October, 2023.

_____
Alan B. Johnson
United States District Judge